PROB 12B
E/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 14 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leon Trice                     Case Number: 4:06CR00177-01 WRW

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
                                       United States District Judge

Offense:              Bank robbery

Date of Sentence:     October 12, 2006

Sentence:             46 months Bureau of Prisons, 3 years supervised release, mandatory drug treating, substance abuse treatment, mental health counseling, and $100 special penalty assessment

Type of Supervision:  Supervised release      Date Supervision Commenced: August 8, 2009
                                              Expiration Date: August 7, 2012

Asst. U.S. Attorney: Linda Lipe                Defense Attorney: Jerome Kearney

U.S. Probation Officer: Audrene J. Ellis
Phone No.: 501-604-5281

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant shall be committed to a residential re-entry center for a period of three months beginning August 8, 2009. The defendant shall follow the rules at the facility.

### CAUSE

On June 5, 2009, Mr. Trice reported that he will not receive his disability annuity payments until after August 8, 2009. He also requested permission to remain at the City of Faith located in Little Rock, Arkansas, for an additional three months to obtain sufficient income to secure a residence.

Probation Form 49, Waiver of Hearing to Modify Conditions, was reviewed with Mr. Trice. He agreed to modifying his conditions of supervised release and signed the attached modification. Assistant Federal Public Defender Jerome Kearney has been contacted and is in agreement with the modification.

Prob 12B                                    -2-                    Request for Modifying the
                                                                   Conditions or Terms of Supervision
                                                                   with Consent of the Offender

Name of Offender: Leon Trice                          Case Number: 4:06CR00177-01 WRW

_____                             _____
Audrene J. Ellis                                      Linda Lipe
U.S. Probation Officer                                Assistant U.S. Attorney

Date: July 9, 2009                                    Date: 7-10-09

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

                                                      _____
                                                      Signature of Judicial Officer

                                                      7/14/2009
                                                      Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

AJE/Jkr

c: Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little
   Rock, AR 72201
   Assistant U.S. Attorney, Linda Lipe, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:  The defendant shall be committed to a residential re-entry center for a period of three months beginning August 8, 2009. The defendant shall follow the rules at the facility.

Witness: _Andrew Ellis_        Signed: _Leon Juke_
U.S. Probation Officer              Probationer or Supervised Releasee

6-18-09
DATE